IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREG DATRY a/k/a GREG
ALLEN WOODWARD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D14-2887

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed October 3, 2014.

An appeal from the Circuit Court for Escambia County.
T. Michael Jones, Judge.

Greg Datry a/k/a Greg Allen Woodward, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, C.J., CLARK and MARSTILLER, JJ., CONCUR.